No. 25-3133

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS, *EX REL*. KWAME RAOUL, ATTORNEY GENERAL OF THE STATE OF ILLINOIS,

*Plaintiff-Appellee*,

*v.*

3M COMPANY,

*Defendant-Appellant*,

On Appeal from the United States District Court
for the Central District of Illinois

Case No. 4:25-cv-04189

# DOCKETING STATEMENT OF DEFENDANT-APPELLANT
# 3M COMPANY

Lauren R. Goldman
Justine Goeke
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

Elizabeth A. Kiernan
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201

Amir C. Tayrani
Jonathan C. Bond
   *Counsel of Record*
Zachary E. Tyree
John W. Tienken
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
(202) 955-8500
JBond@gibsondunn.com

*Counsel for Defendant-Appellant 3M Company*

Pursuant to Circuit Rule 3(c), Defendant-Appellant 3M Company submits the following docketing statement.

1. The State of Illinois brought this action against 3M Company in Illinois state court alleging per- and polyfluoroalkyl substances (PFAS) contamination of the State's natural resources from 3M's operation of the Cordova Facility in Rock Island County, Illinois. 3M removed the case to the U.S. District Court for the Central District of Illinois under the federal-officer removal statute, 28 U.S.C. § 1442(a)(1), alleging that the State's suit implicates products 3M manufactured for the U.S. military under precise federal military specifications. D.C. Dkt. 1.

2. The district court issued an order on November 26, 2025, remanding the case to the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois. D.C. Dkt. 19, 20.

3. 3M filed a timely Notice of Appeal and paid the docketing fee on November 26, 2025. D.C. Dkt. 21.

4. In addition, on November 26, 2025, 3M filed in the district court a motion to clarify that the remand order is automatically stayed pending appeal pursuant to longstanding Supreme Court precedent, including the Supreme Court's decision in *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740

1

(2023). D.C. Dkt. 24.

5. The central issue on appeal is whether the district court had jurisdiction; 3M asserts that it did, under 28 U.S.C. § 1442(a)(1).

6. This Court has jurisdiction over an appeal from the district court's remand order under 28 U.S.C. §§ 1291 and 1447(d), which grant courts of appeals jurisdiction to review "an order remanding a case to the State court from which it was removed pursuant to [28 U.S.C. § 1442(a)(1)]."

7. This case was previously before this Court in *People of the State of Illinois ex rel. Raoul v. 3M Company*, No. 23-3031 (7th Cir.), on appeal from the district court's September 21, 2023, remand order in *People of the State of Illinois ex rel. Raoul v. 3M Company*, No. 4:22-cv-04075 (C.D. Ill.).

8. In addition to this action, the State of Illinois has filed two additional actions to recover for alleged PFAS contamination of natural resources, and 3M removed those actions to the United States District Court for the Northern District of Illinois. *See People of the State of Illinois ex rel. Raoul v. 3M Company*, No. 1:23-cv-1341 (N.D. Ill.); *People of the State of Illinois ex rel. Raoul v. 3M Company*, No. 1:23-cv-2620 (N.D.

2

Ill.). The Judicial Panel on Multidistrict Litigation transferred those actions to the United States District Court for the District of South Carolina for inclusion in an ongoing multidistrict litigation, *In re Aqueous Film-Forming Foams (AFFF) Products Liability Litigation*, No. 2:18-mn-2873 (D.S.C.), where many related actions are centralized. *See* Transfer Order, MDL No. 2873, ECF No. 1927 (J.P.M.L. June 5, 2023); Transfer Order, MDL No. 2873, ECF No. 2020 (J.P.M.L. Aug. 3, 2023).

9. The district court did not designate that any party to the proceedings meets the criteria in 28 U.S.C. § 1915(g). The State of Illinois brings this suit by and through Kwame Raoul, the Attorney General of the State of Illinois, in his official capacity.

| | |
|---|---|
| Dated: December 3, 2025 | Respectfully submitted, |

/s/ Jonathan C. Bond
Amir C. Tayrani
Jonathan C. Bond
  *Counsel of Record*
Zachary E. Tyree
John W. Tienken
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
(202) 955-8500
JBond@gibsondunn.com

Lauren R. Goldman
Justine Goeke
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2375

Elizabeth A. Kiernan
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100

*Counsel for Defendant-Appellant
3M Company*