No. 25-3133

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS, *EX REL.* KWAME RAOUL, ATTORNEY GENERAL OF THE STATE OF ILLINOIS,

*Plaintiff-Appellee*,

*v.*

3M COMPANY,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Central District of Illinois

Case No. 4:25-cv-4189

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-APPELLANT'S BRIEF

| | |
|---|---|
| Amir C. Tayrani | Lauren R. Goldman |
| Jonathan C. Bond | *Counsel of Record* |
| Zachary E. Tyree | Justine Goeke |
| John W. Tienken | GIBSON, DUNN & CRUTCHER LLP |
| GIBSON, DUNN & CRUTCHER LLP | 200 Park Avenue |
| 1700 M Street, N.W. | New York, NY 10166 |
| Washington, DC 20036 | (212) 351-2375 |
| | LGoldman@gibsondunn.com |
| Elizabeth A. Kiernan | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 2001 Ross Avenue, Suite 2100 | |
| Dallas, Texas 75201 | |

*Counsel for Defendant-Appellant 3M Company*

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-APPELLANT'S BRIEF

Defendant-Appellant 3M Company, pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, respectfully requests that this Court extend the deadline for the filing of its brief in this appeal from January 5, 2026, to February 4, 2026. Good cause exists for the requested 30-day extension, as set forth in the attached Affidavit of Lauren R. Goldman.

Dated: December 19, 2025

Respectfully submitted,

*/s/ Lauren R. Goldman*

| | |
|---|---|
| Amir C. Tayrani | Lauren R. Goldman |
| Jonathan C. Bond | *Counsel of Record* |
| Zachary E. Tyree | Justine Goeke |
| John W. Tienken | GIBSON, DUNN & CRUTCHER LLP |
| GIBSON, DUNN & CRUTCHER LLP | 200 Park Avenue |
| 1700 M Street, N.W. | New York, NY 10166 |
| Washington, DC 20036 | (212) 351-2375 |
| (202) 955-8500 | LGoldman@gibsondunn.com |

Elizabeth A. Kiernan
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100

*Counsel for Defendant-Appellant 3M Company*

# AFFIDAVIT OF LAUREN R. GOLDMAN

I, Lauren R. Goldman, state and declare as follows:

1. I am an attorney licensed in the State of New York and admitted to practice before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendant-Appellant 3M Company before this Court in this appeal docketed as No. 25-3133.

2. 3M's brief is currently due on January 5, 2026.

3. 3M respectfully seeks a 30-day extension of time, until February 4, 2026, in which to submit its opening brief.

4. 3M has not sought any previous extension of time to file its brief.

5. An extension is necessary because I have significant professional responsibilities in other pending matters over the next month, including in *In re Meta Pixel Healthcare Litig.*, No. 3:22-cv-3580 (N.D. Cal.) (*Daubert* motions due December 19); *Texas v. 3M Co.*, No. DC-C202400996 (18th Dist. Ct. Johnson Cnty. Tex.) (personal jurisdiction motion due January 2 and reply in support due January 23); *Burlington Sch. Dist. v. Monsanto Co.*, No. 2:22-cv-215 (D. Vt.) (*Daubert* replies due January 9, and reply in support of motion for summary judgment due

January 16); *Johnson v. 3M Co.*, No. 4:20-cv-00008 (N.D. Ga.) (response to supplement to class certification motion due January 12); *Maine v. 3M Co.*, No. 2:25-cv-00453 (D. Me.) (response to motion for leave to amend due on January 13); *N.C. State Univ. v. Monsanto Co.*, No. 25CV034830-910 (N.C. Super. Ct. Wake Cnty.) (motion to dismiss due January 15); *Maryland v. 3M Co.*, No. 25-517 (U.S.) (brief in opposition due January 23).

6. My colleagues on this matter also have commitments during this time period in other matters, including in *Castro-Aleman v. United States*, No. 25-363 (U.S.), *United Water Conservation Dist. v. United States*, No. 25-523 (U.S.), *Rover Pipeline LLC v. Harris*, No. 25-CV-9726 (Ohio C.P.), *Delta Air Lines, Inc. v. U.S. Dep't of Transp.*, No. 25-13546 (11th Cir.), and *In re Shineco, Inc.*, Admin. Proc. File No. 3-22553 (SEC).

7. Additionally, the current schedule falls over the Christmas, Chanukah, and New Year seasons, during which my colleagues and I have immovable travel plans and family commitments.

8. In light of the foregoing professional and personal commitments, especially over the Christmas, Chanukah, and New Year seasons,

an additional 30 days are needed to draft a brief that is concise, comprehensive, and useful to this Court's consideration. 3M requests this extension so that counsel for 3M may meet their professional responsibilities, properly represent their clients, and provide this Court with a thorough opening brief in this case.

9. Counsel for 3M advised counsel for Plaintiff-Appellee of its intent to request this extension and provided a copy of this motion in accordance with 7th Cir. R. 26. On December 19, 2025, Plaintiff-Appellee indicated that it does not object to this requested extension.

10. This motion is being filed more than seven days before the deadline to file the brief as required by 7th Cir. R. 26.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on December 19, 2025, in New York City, New York.

/s/ *Lauren R. Goldman*
Lauren R. Goldman

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I caused a true and correct copy of this document to be electronically filed through the Court's CM/ECF system, which will send a notice of filing to all registered users. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Lauren R. Goldman*
Lauren R. Goldman

# CERTIFICATE OF COMPLIANCE

This motion for an extension of time complies with (1) the type-volume limitation of Federal Rules of Appellate Procedure 27(d) and 32(c) because the motion and supporting declaration contain 611 words, excluding the parts of the motion exempted by Rule 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point New Century Schoolbook) using Microsoft Word (the same program used to calculate the word count).

*/s/ Lauren R. Goldman*
Lauren R. Goldman
