No. 25-3133

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS, *EX REL.* KWAME RAOUL, ATTORNEY GENERAL OF THE STATE OF ILLINOIS,

        *Plaintiff-Appellee*,

*v.*

3M COMPANY,

        *Defendant-Appellant*.

On Appeal from the United States District Court
for the Central District of Illinois

Case No. 4:25-cv-4189

## UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT-APPELLANT'S BRIEF

| | |
|---|---|
| Amir C. Tayrani | Lauren R. Goldman |
| Jonathan C. Bond | *Counsel of Record* |
| John W. Tienken | Justine Goeke |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1700 M Street, N.W. | 200 Park Avenue |
| Washington, DC 20036 | New York, NY 10166 |
| | (212) 351-2375 |
| Elizabeth A. Kiernan | LGoldman@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | |
| 2001 Ross Avenue, Suite 2100 | |
| Dallas, Texas 75201 | |

*Counsel for Defendant-Appellant 3M Company*

# UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT-APPELLANT'S BRIEF

Defendant-Appellant 3M Company, pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, respectfully requests that this Court extend the deadline for the filing of its brief in this appeal from February 4, 2026, to March 6, 2026. Good cause exists for the requested 30-day extension, as set forth in the attached Affidavit of Lauren R. Goldman.

Dated: January 20, 2026

Respectfully submitted,

/s/ Lauren R. Goldman

| | |
|---|---|
| Amir C. Tayrani | Lauren R. Goldman |
| Jonathan C. Bond | *Counsel of Record* |
| John W. Tienken | Justine Goeke |
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 1700 M Street, N.W. | 200 Park Avenue |
| Washington, DC 20036 | New York, NY 10166 |
| (202) 955-8500 | (212) 351-2375 |
| | LGoldman@gibsondunn.com |

Elizabeth A. Kiernan
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100

*Counsel for Defendant-Appellant 3M Company*

# AFFIDAVIT OF LAUREN R. GOLDMAN

I, Lauren R. Goldman, state and declare as follows:

1. I am an attorney licensed in the State of New York and admitted to practice before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendant-Appellant 3M Company before this Court in this appeal docketed as No. 25-3133.

2. 3M's brief is currently due on February 4, 2026.

3. 3M respectfully seeks a second 30-day extension of time, until March 6, 2026, in which to submit its opening brief.

4. 3M previously sought an extension of time to file its brief on December 19, 2025, which this Court granted on December 22, 2025.

5. An extension is necessary because my colleagues and I on this matter have significant professional responsibilities in other pending matters over the next month, including in *Neddo v. Monsanto Co.*, No. 2:23-cv-00396 (D. Vt.) (motion to dismiss due January 20); *Maryland v. 3M Co.*, No. 25-517 (U.S.) (brief in opposition due January 23); *Texas v. 3M Co.*, No. DC-C202400996 (18th Dist. Ct. Johnson Cnty. Tex.) (reply in support of personal jurisdiction motion due January 23 and hearing January 26); *Baker v. Yahoo, Inc.*, No. 1:25-cv-02797 (S.D.N.Y.) (motion

to dismiss due January 30); *Burlington Sch. Dist. v. Monsanto Co.*, No. 2:22-cv-00215 (D. Vt.) (reply in support of motion for summary judgment due January 30); *Rust-Oleum Corp. v. NIC Indus., Inc.*, Nos. 25-5386, 25-6412 (9th Cir.) (appellant's brief due January 30).

6. In light of the foregoing professional commitments, an additional 30 days are needed to draft a brief that is concise, comprehensive, and useful to this Court's consideration. 3M requests this extension so that counsel for 3M may meet their professional responsibilities, properly represent their clients, and provide this Court with a thorough opening brief in this case.

7. On January 16, 2026, counsel for 3M advised counsel for Plaintiff-Appellee of its intent to request this extension. And counsel for 3M provided Plaintiff-Appellee a copy of this motion in accordance with 7th Cir. R. 26 on January 20. Counsel for Plaintiff-Appellee indicated that it does not object to this requested extension.

8. This motion is being filed more than seven days before the deadline to file the brief as required by 7th Cir. R. 26.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on January 20, 2026, in New York City, New York.

*/s/ Lauren R. Goldman*
Lauren R. Goldman

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I caused a true and correct copy of this document to be electronically filed through the Court's CM/ECF system, which will send a notice of filing to all registered users. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Lauren R. Goldman*
Lauren R. Goldman

**CERTIFICATE OF COMPLIANCE**

This motion for an extension of time complies with (1) the type-volume limitation of Federal Rules of Appellate Procedure 27(d) and 32(c) because the motion and supporting declaration contain 499 words, excluding the parts of the motion exempted by Rule 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Century Schoolbook) using Microsoft Word (the same program used to calculate the word count).

*/s/ Lauren R. Goldman*
Lauren R. Goldman
