No. 25-3133

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois, | ) On Appeal from the United States<br>) District Court for the Central<br>) District of Illinois<br>) |
| Plaintiff-Appellee, | ) No. 4:25-cv-4189-SLD-RLH |
| v. | ) |
| 3M COMPANY, | ) The Honorable<br>) SARA DARROW, |
| Defendant-Appellant. | ) Chief Judge Presiding. |

**UNOPPOSED MOTION OF PLAINTIFF-APPELLEE FOR
EXTENSION OF TIME TO FILE BRIEF**

Plaintiff-Appellee People of the State of Illinois *ex rel.* Kwame Raoul, Attorney General of the State of Illinois, moves this court unopposed for a 30-day extension of time to file its response brief, from April 6, 2026 to May 6, 2026, and submits the attached declaration in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:   /s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)

Leigh.Jahnig@ilag.gov

**DECLARATION**

I, Leigh J. Jahnig, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and I have been assigned to represent Plaintiff-Appellee People of the State of Illinois *ex rel.* Kwame Raoul, Attorney General of the State of Illinois, in this appeal docketed as No. 25-3133.

3. Plaintiff-Appellee's response brief is due to be filed with this court by April 6, 2026, on zero extensions of time. *See* 7th Cir. Doc. 13.

4. This is Plaintiff-Appellee's first motion for an extension of time to file this brief, and this request is being made at least seven days before the due date as required by 7th Cir. R. 26.

5. I will not be able to draft Plaintiff-Appellee's response brief, have the draft reviewed through the regular review process of the Civil Appeals Division, finalize the brief, and file the brief with this court by April 6, 2026, for the following reasons.

6. First, on April 10, 2026, I will present oral argument in *Schroeder et. al v. Treto* and *Nat'l Inst. of Fam. & Life Advocs. et al. v. Treto*, Nos. 25-1603, 25-1659, 25-1655, 25-1657 (cons.) in this court. These four consolidated appeals and cross-

appeals involve claims that certain amendments to Illinois's Health Care Right of Conscience Act, 745 ILCS 70/6.1, violate the First Amendment to the United States Constitution. These cases were pending in the trial court for nine years, and the appeals arise after a three-day bench trial. I have prioritized this matter because oral argument has already been scheduled, and I have had to set aside substantial time in my work schedule to prepare for this argument because of the complexity of the issues and the size of the record.

7. Second, on March 18, 2026, I filed the response brief in *Chi. Justice Project v. Ill. Dep't of Corr.*, No. 1-25-0643 in the Illinois Appellate Court, First Judicial District. This case concerns whether the Illinois Department of Corrections correctly denied several requests under the Illinois Freedom of Information Act as seeking records that were exempt from disclosure. I prioritized this matter in my work schedule because it was due on four extensions of time.

8. In addition, I have performed various administrative and supervisory duties in my capacity as an Assistant Supervising Attorney, including

    a) reviewing two briefs filed or soon to be filed in the Illinois Appellate Court, First Judicial District, and one brief filed in this court;

    b) assessing jurisdictional issues in appeals; and

    c) assisting an attorney prepare for oral argument.

9. On March 27, 2026, I advised counsel for Defendant-Appellant 3M Company that I intended to request this extension and provided a copy of this motion in accordance with 7th Cir. R. 26. They indicated that Defendant-Appellant does not oppose this motion.

10. I do not request this extension of time from April 6, 2026 to May 6, 2026, to file the response brief of Plaintiff-Appellee for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 30, 2026.

/s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 30, 2026, I electronically filed the foregoing Unopposed Motion of Plaintiff-Appellee for Extension of Time to File Brief with the Clerk of United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

Jonathan Bond
jbond@gibsondunn.com

Justine Goeke
jgoeke@gibsondunn.com

Lauren R. Goldman
LGoldman@gibsondunn.com

Elizabeth A. Kiernan
ekiernan@gibsondunn.com

Daniel L. Ring
dring@jenner.com

Amir C. Tayrani
atayrani@gibsondunn.com

By:  /s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov