No. 25-3133

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois, | ) On Appeal from the United States<br>) District Court for the Central<br>) District of Illinois<br>)<br>) |
| Plaintiff-Appellee, | ) No. 4:25-cv-4189-SLD-RLH<br>) |
| v. | )<br>) |
| 3M COMPANY, | ) The Honorable<br>) SARA DARROW, |
| Defendant-Appellant. | ) Chief Judge Presiding. |

**UNOPPOSED MOTION OF PLAINTIFF-APPELLEE FOR
EXTENSION OF TIME TO FILE BRIEF**

Plaintiff-Appellee People of the State of Illinois *ex rel.* Kwame Raoul, Attorney

General of the State of Illinois, moves this court unopposed for a 31-day extension of

time to file its response brief, from June 5, 2026 to July 6, 2026, and submits the

attached declaration in support of this motion.

<div style="margin-left: 50%">

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:   /s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)

</div>

Leigh.Jahnig@ilag.gov

**DECLARATION**

I, Leigh J. Jahnig, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and I have been assigned to represent Plaintiff-Appellee People of the State of Illinois *ex rel.* Kwame Raoul, Attorney General of the State of Illinois, in this appeal docketed as No. 25-3133.

3. Plaintiff-Appellee's response brief is due to be filed with this court by June 5, 2026, on two extensions of time. *See* 7th Cir. Doc. 22. On March 30, 2026, Plaintiff-Appellee filed its first motion for extension of time, 7th Cir. Doc. 19, which this court granted the same day, 7th Cir. Doc. 20. On April 28, 2026, Plaintiff-Appellee filed its second motion for extension of time, 7th Cir. Doc. 21, which was granted the next day, 7th Cir. Doc. 22.

4. This is Plaintiff-Appellee's third motion for an extension of time to file this brief, and this request is being made at least seven days before the due date as required by 7th Cir. R. 26.

5. I will not be able to draft Plaintiff-Appellee's response brief, have the draft reviewed through the regular review process of the Civil Appeals Division,

finalize the brief, and file the brief with this court by June 5, 2026, for the following reasons.

6. First, on May 21, 2026, I presented oral argument in in *Golbert v. Smith*, No. 25-2235 in this court. This appeal involves a putative class action seeking damages against twelve employees of the Department of Children and Family Services and alleging that the Department is not timely placing youth with appropriate caregivers. I prioritized preparing for this oral argument because oral argument had already been scheduled.

7. Second, on May 28, 2026, I filed the response brief on behalf of the Illinois Department of Children and Family Services in *In re K.W.*, No. 1-25-1913 in the Illinois Appellate Court, First Judicial District, which was due on that date on a final extension of time. This is an appeal from an order appointing a private guardian for a minor. I prioritized this matter in my work schedule because it was due on a final extension of time and because it is subject to expedited disposition under Illinois Supreme Court Rule 311(a).

8. Third, I have performed various administrative and supervisory duties in my capacity as a Supervising Attorney, including:

    a) reviewing one brief filed in the Illinois Appellate Court, Fifth Judicial District; and one brief soon to be filed in this court; and

    b) assisting an attorney prepare for oral argument.

9. On May 28, 2026, I advised counsel for Defendant-Appellant 3M Company that I intended to request this extension and provided a copy of this motion

in accordance with 7th Cir. R. 26.  They indicated that they do not oppose this motion.

10.     I do not request this extension of time from June 5, 2026 to July 6, 2026, to file the response brief of Plaintiff-Appellee for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on May 28, 2026.

/s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 28, 2026, I electronically filed the foregoing Unopposed Motion of Plaintiff-Appellee for Extension of Time to File Brief with the Clerk of United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

| | |
|---|---|
| Jonathan Bond<br>jbond@gibsondunn.com | Justine Goeke<br>jgoeke@gibsondunn.com |
| Lauren R. Goldman<br>LGoldman@gibsondunn.com | Elizabeth A. Kiernan<br>ekiernan@gibsondunn.com |
| Daniel L. Ring<br>dring@jenner.com | Amir C. Tayrani<br>atayrani@gibsondunn.com |

By:   /s/ Leigh J. Jahnig
      LEIGH J. JAHNIG
      Assistant Attorney General
      115 South LaSalle Street
      Chicago, Illinois 60603
      (312) 793-1473 (office)
      (773) 590-7877 (cell)
      Leigh.Jahnig@ilag.gov