No. 25-3133

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois, | ) On Appeal from the United States ) District Court for the Central ) District of Illinois ) |
| | ) |
| Plaintiff-Appellee, | ) No. 4:25-cv-4189-SLD-RLH |
| | ) |
| v. | ) |
| | ) |
| 3M COMPANY, | ) The Honorable ) SARA DARROW, |
| Defendant-Appellant. | ) Chief Judge Presiding. |

**UNOPPOSED MOTION OF PLAINTIFF-APPELLEE FOR EXTENSION OF TIME TO FILE BRIEF**

Plaintiff-Appellee People of the State of Illinois *ex rel.* Kwame Raoul, Attorney General of the State of Illinois, moves this court unopposed for a 30-day extension of time to file its response brief, from July 6, 2026 to August 5, 2026, and submits the attached declaration in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:   /s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)

Leigh.Jahnig@ilag.gov

# DECLARATION

I, Leigh J. Jahnig, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and I have been assigned to represent Plaintiff-Appellee People of the State of Illinois *ex rel.* Kwame Raoul, Attorney General of the State of Illinois, in this appeal docketed as No. 25-3133.

3. Plaintiff-Appellee's response brief is due to be filed with this court by July 6, 2026, on three extensions of time. *See* 7th Cir. Doc. 24. On March 30, 2026, Plaintiff-Appellee filed its first motion for extension of time, 7th Cir. Doc. 19, which this court granted the same day, 7th Cir. Doc. 20. On April 28, 2026, Plaintiff-Appellee filed its second motion for extension of time, 7th Cir. Doc. 21, which was granted the next day, 7th Cir. Doc. 22. On May 28, 2026, Plaintiff-Appellee filed its third motion for extension of time, 7th Cir. Doc. 23, which this court granted the next day, 7th Cir. Doc. 24.

4. This is Plaintiff-Appellee's fourth motion for an extension of time to file this brief, and this request is being made at least seven days before the due date as required by 7th Cir. R. 26.

5.      I will not be able to draft Plaintiff-Appellee's response brief, have the draft reviewed through the regular review process of the Civil Appeals Division, finalize the brief, and file the brief with this court by July 6, 2026, for the following reasons.

6.      First, on July 9, 2026, I will present oral argument in *Wancket v. State Employees' Retirement System*, No. 1-23-2256 in the Illinois Appellate Court, First Judicial District.  This appeal involves a matter of statutory interpretation of a provision in the Illinois Pension Code.  Preparation for this argument is a priority in my work schedule.

7.      Second, I represent the appellant in *Higgins v. Weinstein*, No. 25-3352 in this court, in which the opening brief is currently due on July 22, 2026 on four extensions of time.  This appeal involves claims that the defendant violated the First Amendment rights of the plaintiffs through allegedly politically motivated employment decisions.  I am prioritizing this matter in my work schedule because of the number of extensions already granted.

8.      Third, I represent the Illinois Attorney General's Office as an Intervenor in *Vistra Corporation et al. v. Federal Energy Regulatory Commission*, Nos. 25-60055, 25-60149, 25-60329 & 25-60453 (cons.) in the United States Court of Appeals for the Fifth Circuit.  This proceeding involves consolidated petitions for review of a final rulemaking of the Federal Energy Regulatory Commission.  The Intervenors filed their joint brief on June 3, 2026.  I prioritized this matter in my

work schedule because the Intervenors' brief was due according to a briefing schedule jointly agreed to by the parties to those consolidated appeals.

9. Fourth, on June 11, 2026, I filed a jurisdictional memorandum in *Mosher v. Clayton*, No. 26-1720 in this court. I prioritized this matter in my work schedule because the court ordered the appellees to file that memorandum.

10. Finally, I have performed various administrative and supervisory duties in my capacity as a Supervising Attorney, including:

a) advising state agencies about pending and potential litigation; and

b) reviewing three briefs filed or soon to be filed in the Illinois Appellate Court, Fourth Judicial District; and one brief soon to be filed in this court.

11. On June 26, 2026, I advised counsel for Defendant-Appellant 3M Company that I intended to request this extension and provided a copy of this motion in accordance with 7th Cir. R. 26. They indicated that they do not oppose this motion.

12. I do not request this extension of time from July 6, 2026 to August 5, 2026, to file the response brief of Plaintiff-Appellee for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 29, 2026.

/s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General

3

115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on June 29, 2026, I electronically filed the foregoing Unopposed Motion of Plaintiff-Appellee for Extension of Time to File Brief with the Clerk of United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users, and thus will be served via the CM/ECF system.

Jonathan Bond
jbond@gibsondunn.com

Justine Goeke
jgoeke@gibsondunn.com

Lauren R. Goldman
LGoldman@gibsondunn.com

Elizabeth A. Kiernan
ekiernan@gibsondunn.com

Daniel L. Ring
dring@jenner.com

Amir C. Tayrani
atayrani@gibsondunn.com

By:  /s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov