# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 30, 2026

*By the Court:*

| | |
|---|---|
| No. 25-3133 | PEOPLE OF THE STATE OF ILLINOIS, ex. rel. KWAME RAOUL, Attorney General of the State of Illinois<br>Plaintiff - Appellee<br><br>v.<br><br>3M COMPANY,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 4:25-cv-04189-SLD-RLH<br>Central District of Illinois<br>District Judge Sara Darrow | |

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**, filed on June 29, 2026, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief of the appellee is due by August 5, 2026.

2. The reply brief of the appellant, if any, is due by August 26, 2026.

In light of the number of extensions granted to the appellee in this appeal, counsel is expected to make this appeal a priority.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).