No. 25-3133
Nos. 26-1381 & 26-3008 (cons.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, *ex rel.* KWAME RAOUL, Attorney General of the State of Illinois, | ) ) ) ) ) | On Appeal from the United States District Court for the Central District of Illinois |
| Plaintiff-Appellee, | ) | No. 4:25-cv-4189-SLD-RLH |
| v. | ) ) ) | |
| 3M COMPANY, | ) ) | The Honorable SARA DARROW, |
| Defendant-Appellant. | ) | Chief Judge Presiding. |

**JOINT MOTION TO CONSOLIDATE AND FOR BRIEFING SCHEDULE**

Plaintiff-Appellee People of the State of Illinois *ex rel.* Kwame Raoul, Attorney General of the State of Illinois ("People"), and Defendant-Appellant 3M Company ("3M") jointly move this court to consolidate appeal no. 25-3133 with the already-consolidated appeals 26-1381 and 26-3008, and to set a new briefing schedule for the consolidated appeals. In support, the parties state as follows.

1. The People brought this lawsuit against 3M in state court in the Circuit Court of the Fourteenth Judicial Circuit, Rock Island County, Illinois. *See generally* Dist. Ct. Doc. 1. 3M removed the case to federal court, Doc. 1, and the district court granted the People's motion to remand the case back to state court, *see* Dist. Ct. Docs. 15, 19.

2. 3M appealed that order, and that appeal was docketed as no. 25-3133. 3M filed its opening brief on March 6, 2026. No. 25-3133, Doc. 16.

3. The district court's remand order also stated that it was granting the People's request for "costs and fees." Dist. Ct. Doc. 15-1 at 18; Dist. Ct. Doc. 19 at 11.

4. On January 27, 2026, the district court awarded the People $2,387.15 in litigation expenses. Dist. Ct. 1/27/26 text order. 3M filed a notice of appeal, and that appeal was docketed as no. 26-1381. This court requested jurisdictional statements regarding whether the district court's January 27 order was a final and appealable order, and suspended proceedings in appeal no. 26-1381. No. 26-1381, Docs. 3, 12.

5. Meanwhile, on September 2, 2026, at the request of the parties, this court suspended the merits appeal, no. 25-3133, until

December 1, 2026, with a status report due by that date. No. 25-3133, Doc. 30.

6. On September 21, 2026, the district court awarded the People $295,933 in attorneys' fees. Dist. Ct. Doc. 35. 3M filed a notice of appeal, and that appeal was docketed as no. 26-3008. This court consolidated the attorneys' fees appeal, no. 26-3008, with the litigation expenses appeal, no. 26-1381, and ordered that both appeals would also remain suspended until December 1, 2026. No. 26-1381, Doc. 16; No. 26-3008, Doc. 2. The court ordered the parties to file a status report in these two appeals by December 1. No. 26-1381, Doc. 16; No. 26-3008, Doc. 2.

7. Given the overlap of the legal issues in the merits appeal (No. 25-3133) and the appeals regarding litigation expenses and attorneys' fees (Nos. 26-1381 and 26-3008), the parties respectfully request that these appeals be consolidated to avoid duplicative briefing.

8. Because 3M has already filed its opening brief in the merits appeal, the parties also request that the court enter the following briefing schedule for the consolidated appeals:

a) 3M's supplemental opening brief on attorneys' fees and litigation expenses is due on January 29, 2027;

b) the People's consolidated response brief is due on March 1, 2027;

c) 3M's reply brief is due 21 days after the People's consolidated response brief.

9. This request is not made for purposes of delay, and no party will be prejudiced by the granting of this motion.

Accordingly, Plaintiff-Appellee People of the State of Illinois *ex rel.* Kwame Raoul, Attorney General of the State of Illinois, and Defendant-Appellant 3M Company jointly request that this court consolidate these appeals and enter the briefing schedule outlined above.

Respectfully submitted,

PEOPLE OF THE STATE OF ILLINOIS *ex rel.* KWAME RAOUL, ATTORNEY GENERAL OF THE STATE OF ILLINOIS

By: /s/ Leigh J. Jahnig
LEIGH J. JAHNIG
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 793-1473 (office)
(773) 590-7877 (cell)
Leigh.Jahnig@ilag.gov

3M COMPANY

By: /Lauren R. Goldman
Lauren R. Goldman
*Counsel of Record*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2375
LGoldman@gibsondunn.com

**DECLARATION**

I, Lauren R. Goldman, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 200 Park Avenue, New York, NY 10166. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am appellate counsel for Defendant-Appellant 3M Company in appeals No. 25-3133, No. 26-1381, and No. 26-3008 before this Court.

3. The factual statements contained in the foregoing motion are true and correct to the best of my knowledge, information, and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on November 25, 2026.

*/s/ Lauren R. Goldman*
Lauren R. Goldman
*Counsel of Record*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-2375
LGoldman@gibsondunn.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 25, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: *<u>/s/ Lauren R. Goldman</u>*
Lauren R. Goldman